AUSTIN BALDWIN & CO. v. UNITED STATES.

(Circuit Court, S. D. New York. June 1, 1905.)

No. 3,727.

1. CUSTOMS DUTIES—EVIDENCE—FINDING OF GENERAL APPRAISERS—INFORMAL ACKNOWLEDGMENT.

A finding of the Board of General Appraisers upon legitimate evidence will not be reversed, where the sole substantial statement relied upon for reversal consists of an informal acknowledgment made by a foreign merchant.

[Ed. Note.—For cases in point, see vol. 15, Cent. Dig. Customs Duties, § 205.]

On Application for Review of a Decision of the Board of United States General Appraisers.

The decision below affirmed the assessment of duty by the collector of customs at the port of New York on merchandise imported by Austin Baldwin & Co. Note G. A. 3,697, T. D. 17,649.

Walden & Webster (Henry J. Webster, of counsel), for the importers.

D. Frank Lloyd, Asst. U. S. Atty.

TOWNSEND, Circuit Judge. The merchandise in question was assessed for duty as "articles composed of iron or steel," under Act 1897, c. 11, § 1, Schedule C, par. 193, 30 Stat. 167 [U. S. Comp. St. 1901, p. 1645], and is claimed by the importers to be dutiable under the provision in paragraph 135, 30 Stat. [U. S. Comp. St. 1901, p. 1638], for "steel in all forms and shapes not specially provided for." The sole substantial statement relied on to reverse the decision of the Board of General Appraisers consists of an informal acknowledgment made by a merchant in Scotland. The decision of the board is affirmed on the single ground that such statement is not competent to overthrow the finding of the board upon legitimate evidence.

Decision affirmed.